448 A.2d 1167

Commonwealth v. Dancey, Appellant.

Submitted March 30, 1982. Mary McNeill Greenwell, for appellant; David Dacosta, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

448 A.2d 1167

Commonwealth v. Davis, Appellant.

Submitted June 13, 1980. Harry R. Seay, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.